IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel,* **TERRY JACOBS,** | **CIVIL ACTION NO. 1:10-CV-536** |
| Relator, | **SENIOR JUDGE WILLIAM O. BERTELSMAN** |
| -vs- | |
| **LAMBDA RESEARCH, INC.,** *et al.* | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES Relator, by and through the undersigned counsel, and hereby requests an extension of fourteen days (14) days to oppose Defendants' Motion for an Award of Attorneys' Fees and Costs ("Motion") [Doc #78], which was filed on July 16, 2014.

This motion seeks an award of attorney fees for work performed by several attorneys and firms over a period of time since 2010. The motion provides a summary of time without the detail of hours worked, work performed, attorney time records, and the like. When the undersigned was retained as counsel he contacted opposing counsel asking for that information. Opposing counsel stated it would be provided, but at this point it has not yet been submitted. To draft a proper response to the pending motion for approximately $400,000 in sanction costs and fees those materials need to be reviewed and verified. It is for this reason that Relator requests the additional fourteen (14) day extension.

Accordingly, Relator respectfully requests that this Court extend the time for his response to the Motion, which is currently due September 5, 2014, up to and including September 19, 2014.

Respectfully submitted,

*/s/ Patrick J. Perotti*
Patrick J. Perotti (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio  44077
Phone: (440) 352-3391
Fax:    (440) 352-3469
*pperotti@dworkenlaw.com*

*Counsel for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2014, a copy of the foregoing *Motion for Extension of Time* was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.  Parties and their counsel may access this filing through the Court's Electronic Filing System.

*/s/ Patrick J. Perotti*
Patrick J. Perotti (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**

*Counsel for Relator*