### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**CIVIL ACTION NO. 1:10cv536 (WOB-SKB)**

**UNITED STATES OF AMERICA, ET REL
TERRY JACOBS**                                        **PLAINTIFF**

**VS.**                            <u>**ORDER**</u>

**LAMBDA RESEARCH, INC., ET AL**                      **DEFENDANTS**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 100), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #100) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that defendants' supplemental motion for an award of attorneys' fees and costs (Doc. 92) is **GRANTED IN PART**, and the Court will enter judgment awarding $488,371.08 in fees and costs to Defendants against the Relator, Terry Jacobs under the FCA.  Defense counsel having represented that the parties have resolved their dispute concerning an award of sanctions against trial counsel, the Court declines to make any award against relator's counsel. A separate Judgment shall enter concurrently herewith.

This 7th day of July, 2015.



Signed By:

<u>*William O. Bertelsman*</u>   *WOB*

**United States District Judge**